## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:

Jeffrey W. Dilldine  Case No. 15−30533
 Chapter 13
 Honorable Daniel Opperman

Debtor,
_____/

## ORDER ADJOURNING HEARING

This matter having come before the Court upon Stipulation between the parties, the Court having read the Stipulation, and the Court being otherwise advised of the premises;

**IT IS HEREBY ORDERED** that the hearing on the Debtors' Confirmation is adjourned from September 15, 2015, at 9:00 a.m. to October 13, 2015, at 9:00 a.m.

**IT IS FURTHER ORDERED** that Debtor must have 100% of his plan payments made by adjourned confirmation date.

.

```
Signed on September 17, 2015
                                     /s/ Daniel S. Opperman
                              Daniel S. Opperman
                              United States Bankruptcy Judge
```